IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>BRITTANY NEWTON,<br><br>               Defendant. | **8:18CR297**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 79). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 62) as to defendant Brittany Newton. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 79) is granted.
2. The Petition for Offender Under Supervision (Filing No. 62) is hereby dismissed.
3. The defendant Brittany Newton shall remain on probation under the current terms and conditions.
4. The hearing currently set for November 29, 2023 is cancelled.

Dated this 28th day of November 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge